Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfing.com

Attorneys for Plaintiff  YOUNGER LAAFE KEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| YOUNGER LAAFE KEY ) | Case No.: 1:15-cv-01674-SMS |
| Plaintiff, ) | |
| ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Younger Laafe Key ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 27, 2016; and that Defendant shall have until August 26, 2016, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due September 12, 2016.

1   An extension of time for plaintiff is needed in order to properly address the
2   issues within the administrative record in this matter. Counsel sincerely apologizes
3   to the court for any inconvenience this may have had upon it or its staff.

4

5   DATE: June 27, 2016          Respectfully submitted,

6                                 LAW OFFICES OF LAWRENCE D. ROHLFING

7                                      /s/ *Steven G. Rosales*
                                  BY: _____
8                                 Steven G. Rosales
                                  Attorney for plaintiff YOUNGER LAAFE KEY
9

10  DATED:  June 27 2016         BENJAMIN WAGNER
                                  United States Attorney
11

12
                                      */s/ *Chantal R. Jenkins*
13                                _____
                                  Chantal R. Jenkins
14                                Special Assistant United States Attorney
15                                Attorney for Defendant
                                  [*Via email authorization]
16

17     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
18  and including July 27, 2016, in which to file Plaintiff's Opening Brief; Defendant
19  may have an extension of time to August 26, 2016 to file her opposition, if any is
20  forthcoming. Any reply by plaintiff will be due September 12, 2016.
21

22  IT IS SO ORDERED.
23      Dated:  **June 28, 2016**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
24
25
26