# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGER LAAFE KEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-01674-SMS<br><br>ORDER DIRECTING CLERK OF COURT<br>TO CLOSE CASE<br><br>(Doc. 14) |

On July 29, 2016, Plaintiff filed a stipulation of dismissal, with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) provides, in relevant part:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Because the stipulation of dismissal was signed by all parties who have appeared, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light of Plaintiff's voluntary notice of dismissal with prejudice.

IT IS SO ORDERED.

Dated: **July 31, 2016**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE